AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

In re: Christine Marie Naughton,

*Debtor*

Benjamin R. Matthews & Assoc.,
*Appellant*
v.                                              Civil Action No.     9:21-1082-JMC

John P. Fitzgerald, III, United States Trustee,
*Appellee*

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■ other: the appeal of the Bankruptcy Court's Order on March 29, 2021 is reversed and remanded for further proceedings consistent with this order.

This action  *(check one)*:

■ came to hearing before  the Honorable J. Michelle Childs, United States District Judge presiding.  The issues having been reviewed and a decision rendered.

Date:   March 14, 2022                                    *CLERK OF COURT*

                                                          s/Angie Snipes
                                                    _____
                                                    *Signature of Clerk or Deputy Clerk*